# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Paul McCurley, III, individually and on behalf of all similarly situated individuals <br> *Plaintiffs* <br> v. <br> Flowers Foods Inc., and Derst Baking Company LLC <br> *Defendants* | ) ) ) ) ) ) ) |

Civil Action No.  5:16-00194-JMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: the settlement agreement and the terms set forth in the order dated September 10, 2018 are approved and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having granted the plaintiff's unopposed motion for final approval of class and collective action settlement.

Date:  October 26, 2018

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*